**Opinion issued August 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00649-CV

————————————

## IN THE MATTER OF M.S.

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-00784J**

---

## MEMORANDUM OPINION

Appellant attempts to appeal a juvenile court order transferring appellant to the Institutional Division of the Texas Department of Criminal Justice pursuant to Texas Family Code Section 54.11. On November 26, 2024, our Court issued an order striking appellant's brief tendered on November 18, 2024 for failing to comply with Texas Rules of Appellate Procedure 9.8 and 9.9. *See* TEX. R. APP. P. 9.8(c) (requiring that in appeal arising out of case under Title 3 of Family Code, "in all papers

submitted to the court, including all appendix items submitted with a brief," "a minor must be identified only by an alias" and "all documents must be redacted accordingly"); TEX. R. APP. P 9.9 (concerning privacy protection for documents filed in civil cases). Appellant was ordered to file a corrected brief by December 6, 2024. Appellant did not file a brief by the ordered deadline.

On July 15, 2025, our Court issued an order notifying appellant that this appeal would be dismissed for want of prosecution unless appellant's brief was filed by July 25, 2025. *See* TEX. FAM. CODE § 56.01(b) (requirements governing appeal of juvenile court orders are as in civil cases generally); TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief); TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). Appellant did not respond, and a brief has not been filed.

Accordingly, we dismiss this appeal for want of prosecution for failure to timely file a brief. *See In re J.W.*, No. 01-12-00410-CV, 2012 WL 5381321, at *1 (Tex. App.—Houston [1st Dist.] Nov. 1, 2012, no pet.) (dismissing appeal of juvenile court order for failure to file brief); *In re E.B.*, No. 08-07-00210-CV, 2008 WL 217366, at *1 (Tex. App.—El Paso Jan. 25, 2008, no pet.) (same); *In re R.L., Jr.*, No. 13-06-397-CV, 2006 WL 3742969, at *1 (Tex. App.—Corpus Christi Dec. 21, 2006, no pet.) (same). We dismiss any pending motions as moot.

Appellant has fifteen days from today to file a motion for rehearing requesting the Court to vacate its opinion and judgment and to permit appellant to file an untimely brief. *See* TEX. R. APP. P. 49.1.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.